# McLENNAN COUNTY JAIL
## NOTIFICATION OF DISCIPLINARY HEARING

Location ____C2____

Inmate: __Montgomery, John__, you are hereby notified that a disciplinary hearing to determine whether there is evidence to believe that you have committed a rule violation(s), will be held at least 24 hours after this notification.

During this hearing, you have the right to be heard, and present evidence and witnesses. Reasons for any limitations placed on testimony of witnesses, would be if it were unduly hazardous to institutional safety and correctional goals.

You may request assistance in preparing your case from a member of the correctional staff, or another prisoner as determined by the disciplinary officer. You may call witnesses. List witnesses on this form. The disciplinary board will limit the number of witnesses called, if their testimony is deemed repetitive. Failure to list witnesses will result in none being called on your behalf.

If the disciplinary board determines evidence of guilt, you may receive a maximum of thirty (30) days in disciplinary separation (major violations), fifteen (15) days (minor violations), denied any or all privileges, and/or loss of county "good time" or restitution where applicable.

You are entitled to appeal disciplinary actions to the Jail administrator, in writing, within twenty-four (24) hours of the hearing completion.

You are alleged to have committed the following facility rule violation(s).
*(A) Denotes major violations    (B) Denotes minor violations.    Example: Rule (#A2)

#A23 # ___ # ___ # ___ # ___ # ___ # ___ # ___ # ___    Incident Date: __11-4-23__    Time: __0115__

| You may waive your right to appear before the disciplinary board hearing for any rules violation(s). If you waive the right, the disciplinary board may render a decision and your punishment will be assessed as: _____. Sign your name here if waving the formal hearing: _____ (Loss of good time requires a hearing, no exceptions.) |

Brief description of incident: (DO NOT write on back of form) __Inmate Montgomery John (CID#53742)__
__refused to give up his cell paperwork turn in cell & refusing compliance with__
__several orders__

__I John Montgomery have a federal__
__lawsuit against McLennan County__
__Jail for harassment police injury__

1. Witness __File Brady Law__         3. Witness _____
2. Witness _____            4. Witness _____
Date Given to Inmate __11-4-23__  Time __0232__   Inmate Signature __Refused__
By (Officer Signature) __R.P.LG__                Assisting Officer __David S. (Sanders)__

## DISCIPLINARY BOARD'S PROCEDURE AND DETERMINATION
DATE OF HEARING _____        TIME _____
DECISION: _____
_____
_____
_____
_____
_____
_____

MEMBER _____    MEMBER _____    MEMBER _____

Original – Investigator Copy    Blue – To Inmate After Determination of Hearing    Yellow – To Inmate Before Determination of Hearing

(Revised 05/06/2021)

Montgomery, John
CID# 53742

United States Clerk Office
8081 Franklin Ave, Waco, TX
76701

LOAP

US POSTAGE — PITNEY BOWES
ZIP 76705
02 7H
0006075043
$000.63
NOV 06 2023

RECEIVED
NOV 09 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

7670189999

96