# United States Court of Appeals
# for the Fifth Circuit

No. 24-50007

United States Court of Appeals
Fifth Circuit
**FILED**
February 8, 2024
Lyle W. Cayce
Clerk

John Montgomery,

*Plaintiff—Appellant,*

versus

State of Texas,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:23-CV-758

_____

UNPUBLISHED ORDER

Before Smith, Southwick, and Wilson, *Circuit Judges.*

Per Curiam:

  This court must examine the basis of its jurisdiction on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). In this civil rights case, plaintiff filed a *pro se* motion for leave to file a complaint. The district court referred the motion to the magistrate judge, who denied it and closed the case. Plaintiff filed a *pro se* notice of appeal from that order.

  Appellate courts do not have authority to review orders of a magistrate judge directly unless the parties have consented to have the magistrate judge

No. 24-50007

preside and enter judgment. *See Barber v. Shinseki*, 660 F.3d 877, 878–79 (5th Cir. 2011) (per curiam). Without such consent, the magistrate judge's rulings are reviewable only by appeal to the district court. *Colburn v. Bunge Towing, Inc.*, 883 F.2d 372, 379 (5th Cir. 1989); *see also* 28 U.S.C. § 636(b)(1)(A).

The parties did not consent to have the magistrate judge preside over the case. Accordingly, the appeal is DISMISSED for want of jurisdiction.



**A True Copy**
**Certified order issued Mar 01, 2024**

*Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 01, 2024

Mr. Philip Devlin
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

No. 24-50007    Montgomery v. State of Texas
                USDC No. 6:23-CV-758

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701

cc:
    Mr. John Montgomery